# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**UNION HOUSING PARTNERSHIP,** *

Plaintiff, *

v. * No. 05-1361C

**THE UNITED STATES,** * (Filed Feb. 17, 2006)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

The Joint Motion for a Stay of Proceedings filed on February 16, 2006, is granted. Accordingly,

**IT IS ORDERED**, as follows:

1. This case is stayed pending further order of the court.

2. Defendant may file one Joint Status Report concerning the above case by March 16, 2006, stating with particularity the status of ADR in the related cases before Judge Horn. See Order entered in No. 98-823C (Fed. Cl. Nov. 17, 2005).

s/ Christine O. C. Miller

**Christine Odell Cook Miller**
Judge