**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

---

ALLEGRE VILLA, A LIMITED
Partnership, *et al.*

Plaintiff,

v.

THE UNITED STATES

Defendant.

**File No. 98-823**
**(Judge Christine O.C. Miller)**

---

ANTHONY GARDENS APARTMENTS

Plaintiff,

v.

THE UNITED STATES

Defendant.

**File No. 04-1309**
**(Judge Christine O.C. Miller)**

---

ASPEN GREEN II

Plaintiff,

v.

THE UNITED STATES

Defendant.

**File No. 05-647**
**(Judge Christine O.C. Miller)**

---

---

EL PASEO, LTD.

Plaintiff, **File No. 04-1285**
**(Judge Christine O.C. Miller)**

v.

THE UNITED STATES

Defendant.

---

FAIRVIEW PROPERTIES, LTD.

Plaintiff, **File No. 05-1298**
**(Judge Christine O.C. Miller)**

v.

THE UNITED STATES

Defendant.

---

FORT FAIRFIELD REALTY ASSOCIATES

Plaintiff, **File No. 05-1375**
**(Judge Christine O.C. Miller)**

v.

THE UNITED STATES

Defendant.

---

---

HOLCOMB RURAL HOUSING

Plaintiff, **File No. 06-8**
**(Judge Christine O.C. Miller)**

v.

THE UNITED STATES

Defendant.

---

KALISPELL INVESTMENT GROUP

Plaintiff, **File No. 05-1253**
**(Judge Christine O.C. Miller)**

v.

THE UNITED STATES

Defendant.

---

LAKE HAVASU INVESTMENT GROUP

Plaintiff, **File No. 04-1291**
**(Judge Christine O.C. Miller)**

v.

THE UNITED STATES

Defendant.

---

---

MOJAVE VILLA APARTMENTS, A
Limited Partnership

Plaintiff,

v.

THE UNITED STATES

Defendant.

**File No. 05-819**
**(Judge Christine O.C. Miller)**

---

ONE EIGHTY-TWO HOUSING PARTNERS,
Limited Partnership

Plaintiff,

v.

THE UNITED STATES

Defendant.

**File No. 06-20**
**(Judge Christine O.C. Miller)**

---

RIPON ASSOCIATES 82, A LIMITED
Partnership

Plaintiff,

v.

THE UNITED STATES

Defendant.

**File No. 05-808**
**(Judge Christine O.C. Miller)**

---

---

STEPHENS ASSOCIATES LIMITED
Partnership

Plaintiff, **File No. 05-846**
**(Judge Christine O.C. Miller)**

v.

THE UNITED STATES

Defendant.

---

UNION HOUSING PARTNERSHIP

Plaintiff, **File No. 05-1361**
**(Judge Christine O.C. Miller)**

v.

THE UNITED STATES

Defendant.

---

YORK APARTMENTS

Plaintiff, **File No. 05-670**
**(Judge Christine O.C. Miller)**

v.

THE UNITED STATES

Defendant.

---

**JOINT STATUS REPORT**

Pursuant to the Court's Orders of November 17, 2005, February 8, 2006, February 12, 2006, February 17, 2006, February 24, 2006, and March 6, 2006, in the above-captioned cases, the parties respectfully submit the following Joint Status Report to apprise the Court of the status

of their continuing efforts to resolve this and numerous closely-related cases through the Court's Alternative Dispute Resolution ("ADR") pilot program.

The parties are pleased to report that they have made significant progress in their efforts to settle this matter as well as hundreds of other related cases. Counsel for the parties have held numerous conferences and meetings over the past two months in an attempt to reach final agreement on various settlement terms. These discussions have included lengthy face-to-face meetings held on December 16, 2005, January 17, 2006, and March 1, 2006 in Washington, D.C. The parties have also conducted numerous, and at times daily, telephonic conferences and document exchanges throughout this time period.

In connection with these discussions, plaintiffs forwarded to defendant on January 20, 2006 a detailed settlement term sheet. The parties are in the process of discussing and revising these terms with the goal of preparing a final settlement agreement that would encompass not only the claims in this matter, but also potentially the claims of more than 600 plaintiffs in more than 230 related cases pending before the Court. The parties are also in the process of drafting numerous other documents that would encompass the terms of their agreement.

The parties have also been greatly assisted in their settlement efforts by the involvement of the Alternative Dispute Resolution judge, the Honorable Marian Blank Horn. The parties submitted status reports to the ADR judge on December 19, 2005 and January 11, 2006, and then held in-person conferences with the ADR judge on January 18, 2006, February 13, 2006 and March 6, 2006. A further status conference is scheduled for March 21, 2006.

In sum, the parties believe that they have made substantial progress in recent months and desire to continue with their efforts to reach an amicable resolution of this matter.

Respectfully submitted,

**s/ Jeff H. Eckland**

JEFF H. ECKLAND
Mark J. Blando, Of Counsel
ECKLAND & BLANDO LLP
500 Lumber Exchange
10 South Fifth Street
Minneapolis, Minnesota 55402
Telephone: (612) 236-0160
Facsimile: (612) 236-0179

Jerry W. Snider, Of Counsel
William L. Roberts, Of Counsel
Mark D. Savin, Of Counsel
FAEGRE & BENSON LLP
2200 Wells Fargo Center
Minneapolis, MN 55402
Telephone: (612) 766-7000
Facsimile: (612) 766-1600

*Attorneys for Plaintiffs*

Dated: March 16, 2006

**Filed Electronically**
**With the consent of the**
**Attorney for Defendant**

PETER D. KEISLER
Assistant Attorney General

**s/ David M. Cohen**

DAVID M. COHEN
Director

**s/ Shalom Brilliant**

SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
Room 8012
Washington, D.C. 20530
Telephone: (202) 305-7561
Facsimile: (202) 305-7643

*Attorneys for Defendant*