# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **ALLEGRE VILLA, a limited Partnership, *et al.*,** | * | **NOT CONSOLIDATED** |
| Plaintiffs, | * | |
| v. | * | No. 98-823C, *et seq.* |
| **THE UNITED STATES,** | * | (Filed Aug. 18, 2006) |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **EL PASEO, LTD,** | * | |
| Plaintiff, | * | |
| v. | * | No. 04-1285C |
| **THE UNITED STATES,** | * | |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **LAKE HAVASU INVESTMENT GROUP,** | * | |
| Plaintiff, | * | |
| v. | * | No. 04-1291C |
| **THE UNITED STATES,** | * | |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ANTHONY GARDENS APARTMENTS,** *

Plaintiff, *

v. * No. 04-1309C

**THE UNITED STATES,** *

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ASPEN GREEN II,** *

Plaintiff, *

v. * No. 05-647C

**THE UNITED STATES,** *

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**YORK APARTMENTS,** *

Plaintiff, *

v. * No. 05-670C

**THE UNITED STATES,** *

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **RIPON ASSOCIATES 82,** | * | |
| Plaintiff, | * | |
| v. | * | No. 05-808C |
| **THE UNITED STATES,** | * | |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **MOJAVE VILLA APARTMENTS,** | * | |
| Plaintiff, | * | |
| v. | * | No. 05-819C |
| **THE UNITED STATES,** | * | |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **STEPHENS ASSOCIATES,** | * | |
| Plaintiff, | * | |
| v. | * | No. 05-846C |
| **THE UNITED STATES,** | * | |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **KALISPELL INVESTMENT GROUP,** | * | |
| Plaintiff, | * | |
| v. | * | No. 05-1253C |
| **THE UNITED STATES,** | * | |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **FAIRVIEW PROPERTIES, LTD.,** | * | |
| Plaintiff, | * | |
| v. | * | No. 05-1298C |
| **THE UNITED STATES,** | * | |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **UNION HOUSING PARTNERSHIP,** | * | |
| Plaintiff, | * | |
| v. | * | No. 05-1361C |
| **THE UNITED STATES,** | * | |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **FORT FAIRFIELD REALTY ASSOCIATES,** | * | |
| Plaintiff, | * | |
| v. | * | No. 05-1375C |
| **THE UNITED STATES,** | * | |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **HOLCOMB RURAL HOUSING,** | * | |
| Plaintiff, | * | |
| v. | * | No. 06-8C |
| **THE UNITED STATES,** | * | |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **ONE EIGHTY-TWO HOUSING PARTNERS,** | * | |
| Plaintiff, | * | |
| v. | * | No. 06-20C |
| **THE UNITED STATES,** | * | |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **DOTTA DRIVE ASSOCIATES,** | * | |
| Plaintiff, | * | |
| v. | * | No. 06-323C |
| **THE UNITED STATES,** | * | |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **ADMIRALTY ASSOCIATES,** | * | |
| Plaintiff, | * | |
| v. | * | No. 06-343C |
| **THE UNITED STATES,** | * | |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **VALENCIA INVESTORS,** | * | |
| Plaintiff, | * | |
| v. | * | No. 06-365C |
| **THE UNITED STATES,** | * | |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Further to the Status Report filed in these cases on August 17, 2006, stating that a tentative settlement had been reached in the above-listed cases before Judge Horn as ADR judge,

**IT IS ORDERED**, as follows:

The parties shall file one Joint Status Report in the above cases by November 17, 2006, stating with particularity the status of settlement if a stipulation of dismissal has not been filed by that date. The court congratulates Judge Horn and the parties on their efforts to bring these cases to a successful resolution.

s/ Christine O. C. Miller

__________________________________

**Christine Odell Cook Miller**
Judge

cc: Judge Horn