IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| UNION HOUSING,<br>A PARTNERSHIP,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 05-1361C<br>(Judge Christine O.C. Miller) |

JOINT STIPULATION REGARDING VOLUNTARY DISMISSAL

Plaintiff, Union Housing, a Partnership, and defendant, the United States, hereby stipulate, pursuant to Rule 41(a)(1) of the Rules of the United States Court of Federal Claims, that plaintiff's claims are voluntarily dismissed with prejudice, and with each party to bear its own costs and fees.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

JEFF H. ECKLAND
Mark J. Blando, Of Counsel
Eckland & Blando LLP
700 Lumber Exchange
10 South Fifth Street
Minneapolis, MN 55402
Tele: (612) 305-4444
Fax: (612) 305-4439

JERRY W. SNIDER
William L. Roberts, Of Counsel
FAEGRE & BENSON LLP
2200 Wells Fargo Center
Minneapolis, MN 55402
Tele: (612) 766-7000
Faxe: (612) 766-1600

Attorneys for Plaintiff

Dated: May 21, 2007

SHALOM BRILLIANT
Senior Trial Counsel
Kenneth S. Kessler
Michael S. Dufault
Trial Attorneys
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
Room 8012
Washington, D.C. 20530
Tele: (202) 616-8275
Fax: (202) 305-7643

Attorneys for Defendant

Dated: 4/23/07